Rob Bonta, State Bar No. 202668
Attorney General of California
Jon S. Allin, State Bar No. 155069
Supervising Deputy Attorney General
Jeremy Duggan, State Bar No. 229854
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6008
  Fax: (916) 324-5205
  E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*State of California and California Department of Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ESTATE OF KENNETH DALE SUMNER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | Case No. 2:22-cv-01638-JAM-DB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Judge:        The Honorable John A. Mendez<br>Trial Date:<br>Action Filed: September 16, 2022 |

The current deadline for Defendants State of California and California Department of Corrections and Rehabilitation to respond to the complaint in this matter is November 16, 2022. (ECF No. 6.) The parties have conferred regarding Defendants' possible motion to dismiss, and plan to continue conferring in order to avoid potentially unnecessary motion practice.

The parties therefore stipulate and agree as follows:

1. The last day for Defendants State of California and California Department of Corrections and Rehabilitation to respond to the complaint in this matter is extended to December 6, 2022.

1

2. The deadline for a joint status report under Rule 26(f), currently set for November 28, 2022, is extended to December 20, 2022.

Dated: November 7, 2022                     GERAGOS & GERAGOS, APC

                                                                    */s/ Dev Das* **(as authorized 11/7/22)**

                                                                    Dev Das
                                                                    *Attorneys for Plaintiffs Estate of Kenneth Dale Sumner. Kerri Sumner, and D.S.A., a minor by and through her guardian ad litem, Kerri Sumner*


Dated: November 7, 2022                     ROB BONTA
                                                                    Attorney General of California
                                                                    JON S. ALLIN
                                                                    Supervising Deputy Attorney General

                                                                    */s/ Jeremy Duggan*

                                                                    JEREMY DUGGAN
                                                                    Deputy Attorney General
                                                                    *Attorneys for Defendants*
                                                                    *State of California and California Department of Corrections and Rehabilitation*


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: November 8, 2022                     /s/ John A. Mendez
                                                                    THE HONORABLE JOHN A. MENDEZ
                                                                    SENIOR UNITED STATES DISTRICT JUDGE