1  Rob Bonta, State Bar No. 202668
   Attorney General of California
2  Jon S. Allin, State Bar No. 155069
   Supervising Deputy Attorney General
3  Jeremy Duggan, State Bar No. 229854
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-6008
6   Fax: (916) 324-5205
    E-mail: Jeremy.Duggan@doj.ca.gov
7  *Attorneys for Defendants*
   *State of California and California Department of*
8  *Corrections and Rehabilitation*

9                IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11                      SACRAMENTO DIVISION

| | |
|---|---|
| **ESTATE OF KENNETH DALE SUMNER, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **STATE OF CALIFORNIA, et al.,** <br><br> Defendants. | Case No. 2:22-cv-01638-JAM-DB <br><br> **STIPULATION AND ORDER FOR FILING AMENDED COMPLAINT** <br><br> Judge: The Honorable Deborah Barnes <br> Action Filed: September 16, 2022 |

   The parties, by and through their respective counsel, hereby stipulate as follows:

   Counsel for the parties met and conferred on November 9, 2022 to discuss Defendants' potential motion to dismiss the complaint in this matter. After discussion, Plaintiffs plan to file an amended complaint. Accordingly, it would be a waste of resources for Defendants to respond to the current operative complaint.

   The parties therefore stipulate and request an order as follows:

   1.   Defendants' December 6, 2022 deadline to respond to the complaint is vacated;

   2.   Plaintiffs shall file an amended complaint no later than December 20, 2022;

3. Current Defendants shall file their response to the amended complaint no later than January 20, 2023;

4. The deadline for a joint status report under Rule 26(f), currently set for December 20, 2022, is extended to February 17, 2023.

Dated: November 29, 2022          GERAGOS & GERAGOS, APC

*/s/ Dev Das (as authorized 11/29/22)*

Dev Das
*Attorneys for Plaintiffs Estate of Kenneth Dale Sumner. Kerri Sumner, and D.S.A., a minor by and through her guardian ad litem, Kerri Sumner*

Dated: November 29, 2022          ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

*/s/ Jeremy Duggan*

JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants
State of California and California Department of Corrections and Rehabilitation*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 30, 2022          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE