# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 625-1600
Geragos@Geragos.com

ALEXANDRA KAZARIAN     SBN 244494
DANIEL TAPETILLO     SBN 297658
Attorneys for *Plaintiffs*, ESTATE OF KENNETH DALE SUMNER; KERRI SUMNER, individually and as successor-in-interest to KENNETH DALE SUMNER; and D.S.A., a minor, by and through her guardian ad litem, KERRI SUMNER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF KENNETH DALE SUMNER, et al.;<br><br>        Plaintiffs,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.;<br><br>        Defendants. | **Case No.**<br>**2:22-cv-01638-JAM-DB**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR THE BRIEFING SCHEDULE PURSUANT TO LOCAL RULE 144**<br><br><u>Current Dates</u><br>Trial Date:<br>Action Filed: September 16, 2022 |

The Court having considered the Stipulation the parties request for an Extension of Time for the Briefing Schedule Pursuant to Local Rule 144, it is hereby ORDERED that the Motion is GRANTED. The Court enters the following amended schedule:

1.  By February 17, 2023, Plaintiffs shall file their Opposition to Defendant's Motion to Dismiss.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  January 31, 2023          /s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

GERAGOS & GERAGOS, APC
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411