IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTATE OF KENNETH DALE SUMNER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | Case No. 2:22-cv-01638-JAM-DB<br><br>**ORDER** |

The parties have stipulated to the filing of a Second Amended Complaint and a continuance of the deadline to file the Joint Rule 26(f) report.  Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiffs' February 17, 2023 deadline to respond to the State of California's motion to dismiss (*see* Order, ECF No. 22), is vacated;

2. Defendants' Allison and Campbell's February 21, 2023 deadline to respond to the First Amended Complaint (*see* Stipulation, ECF No. 19), is vacated;

3. The March 14, 2023 hearing on the State of California's motion to dismiss (ECF No. 18), is vacated;

4. Plaintiffs shall file a Second Amended Complaint no later than February 24, 2023;

5. The deadline for a Joint Rule 26(f) Report currently set for February 17, 2023 (*see* Order, ECF No. 12), is continued to April 27, 2023.

IT IS SO ORDERED.

Dated: February 15, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE